IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:20-cv-30014 |
| Plaintiff, ) | |
| ) | Dist. Judge Mark G. Mastroianni |
| v. ) | |
| ) | Mag. Judge Katherine A. Robertson |
| MICHAEL FITZGERALD, ) | |
| Defendant. ) | |

**STIPULATED FINAL JUDGMENT**

Plaintiff United States of America and Defendant Michael Fitzgerald, having stipulated to final judgment in this case,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff United States of America is entitled to judgment against Defendant Michael Fitzgerald in the amount of $1,229,298.13 (which is comprised of the FBAR penalty of $1,150,320.00, late-payment penalty of $67,695.54, and interest of $11,282.59), plus statutory additions (including late-payment penalty and interest pursuant to 31 U.S.C. § 3717) from and after February 28, 2019, for the unpaid FBAR penalty (31 U.S.C. § 5321(a)(5)(C)(i)) assessed against Michael Fitzgerald with regard to the year 2011.

**JUDGMENT TO THE PLAINTIFF AS STATED HEREIN.**

Dated: 1/8/20

_____
United States District Judge

1